IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN, SR.**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00091-BSM**

**ROBIN QUICK** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE